

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

April 23, 2015

Ms. Alicia Nicole Perez
302 Chapel Square
Sprin, TX 77388

Mr. Daniel Palmitier
150 N. Seguin Ave., Suite 307
New Braunfels, TX 78130
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-15-00232-CR
        Trial Court Case Number:     CR2012-603

Style:   Alicia Nicole Perez
         v. The State of Texas

Dear Counsel:

The Court has been advised that appellant has given notice of appeal. The cause in this Court will bear the number and style shown above. Appellant is requested to forward a docketing statement to this Court on or before **May 04, 2015**. *See* Tex. R. App. P. 32.2. If appellant has not already done so, he must make a written request to the clerk and the court reporter and make arrangements for payment of the record within ten days of the receipt of this notice. *See* Tex. R. App. P. 34.6(b)(1).

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Courtland Crocker*

Courtland Crocker, Deputy Clerk

cc:     Ms. Grace Duncan                     The Honorable Heather Kellar



RECEIVED
MAY 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



# COURT OF APPEALS

### THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

RECEIVED
MAY 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE
[05-04-15]

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596        $ 00.406
MAILED FROM ZIP CODE 78701        APR 23 2015

4  78711 02547  7

MS. ALICIA NICOLE PEREZ
302 CHAPEL SQUARE
SPRING, TX 77388



NIXIE          773    DE  1319          0005/04/23

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC:  78711125 4747          *0493-02332-04-24